UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| In re:<br><br>D&B DISTRIBUTING CO. INC.<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NO. 08-61591 |
|---|---|

### TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. Listed below are the names, addresses and amounts due those creditors to who distribution of less than five dollars would have been made if ordered by the Court.

   Jamie Mann
   3223 Epsons Road
   Gladys, VA 24554-2262
   Amount Due: $2.95

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Dated: January 5, 2009                         By: /s/ Andrew S. Goldstein

Andrew S. Goldstein (VSB #28421)
Magee, Foster, Goldstein & Sayers, PC
P.O. Box 404
Roanoke, VA 24003-0404
(540) 343-9800
(540) 343-9898 (Facsimile)
*Chapter 7 Trustee*